UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 10-18396-WCH |
| Boniswa K. Sundai | Chapter 13 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

    Please take notice that the undersigned appears for **Bank of America, N.A.** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Julie A. Ranieri, Korde & Associates, P.C., 321 Billerica Road, Suite 210, Chelmsford, MA 01824-4100.

Date: September 24, 2010

                                            Respectfully submitted,
                                            Bank of America, N.A.
                                            By its attorney,

                                            /s/ Julie A. Ranieri
                                            Julie A. Ranieri, Esquire
                                            BBO #655936
                                            Korde & Associates, P.C.
                                            321 Billerica Road, Suite 210
                                            Chelmsford, MA 01824-4100
                                            Tel: (978) 256-1500
                                            bankruptcy@kordeassoc.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 10-18396-WCH |
| Boniswa K. Sundai | Chapter 13 |

**CERTIFICATE OF SERVICE**

      I, Julie A. Ranieri, Attorney for **Bank of America, N.A.** hereby certify that on September 24, 2010 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants:

John Fitzgerald, U.S. Trustee
Carolyn Bankowski, Trustee
Terrence L. Parker, Esquire

      I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Boniswa K. Sundai
2816 Rusk Street
Houston, TX 77003

Boniswa K. Sundai
31C Jay Street
Cambridge, MA 02139

Bomani J. Sundai
2816 Rusk Street
Houston, TX 77003

Tax Collector:
Harris County, TX
10851 Scarsdale Blvd.
Houston, TX 77003

Dyck O'Neal, Inc.
15301 Spectrum Drive
Addison, TX 75001

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
BBO #655936
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500
bankruptcy@kordeassoc.com