UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 10-18396-WCH |
| Boniswa K. Sundai | Chapter 13 |

**OBJECTION OF BANK OF AMERICA, N.A. TO DEBTOR'S CHAPTER 13 PLAN**

Now comes Bank of America, N.A. ("Secured Creditor") and files this objection to the Debtor's Chapter 13 Plan.  As grounds for said objection, Secured Creditor states the following:

1. Secured Creditor is the holder of a mortgage encumbering the property located at *2816 Rusk Street, Houston, TX 77003*, originally given by Boniswa K. Sundai ("Debtor") and non-debtor, co-mortgagor Bomani J. Sundai to Bank of America, N.A.  There is no assignment of the mortgage of record. BAC Home Loans Servicing, LP is the current servicer of this mortgage on behalf of the Secured Creditor.

2. The Debtor's Chapter 13 petition was filed on August 2, 2010.

3. On or about September 13, 2010, the Debtor filed a Chapter 13 Plan.  The Debtor's proposed Plan provides to pay pre-petition arrears in the amount of only $23,724.00 to Secured Creditor through the Plan.

4. The deadline for filing Proofs of Claim in this case is December 20, 2010. Secured Creditor intends to file a timely Proof of Claim forthwith. Pursuant to said Proof of Claim, the arrearage due Secured Creditor at the time the Debtor filed this Chapter 13 petition was $26,853.81.

5. The Debtor's proposed Chapter 13 Plan does not provide for the full payment of the Secured Claim.

6. Secured Creditor asserts that the Debtor has no basis for proposing a Plan which fails to state that the total secured claim for arrears shall be paid through the plan and throughout the term of this bankruptcy petition.

WHEREFORE, Secured Creditor respectfully requests that the Court:

(1)   Withhold confirmation of the Debtor's Chapter 13 Plan until the Debtor files an Amended Plan which states that Debtor shall pay the total amount of pre-petition arrears owed Secured Creditor, pursuant to its Proof of Claim, through the term of Debtor's Plan; and

(2)   Grant such other relief as the court deems just and proper.

Dated:  September 29, 2010

Respectfully submitted,
Bank of America, N.A.

10-003249 / BK02

By its attorney,
/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
BBO #655936
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500
bankruptcy@kordeassoc.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 10-18396-WCH |
|---|---|
| Boniswa K. Sundai | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Julie A. Ranieri, Attorney for **Bank of America, N.A.** hereby certify that on September 29, 2010 I electronically filed the foregoing *Objection to Debtor's Chapter 13 Plan* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, U.S. Trustee
Carolyn Bankowski, Trustee
Terrence L. Parker, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Boniswa K. Sundai
2816 Rusk Street
Houston, TX 77003

Boniswa K. Sundai
31C Jay Street
Cambridge, MA 02139

Bomani J. Sundai
2816 Rusk Street
Houston, TX 77003

Tax Collector:
Harris County, TX
10851 Scarsdale Blvd.
Houston, TX 77003

Dyck O'Neal, Inc.
15301 Spectrum Drive
Addison, TX 75001

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
BBO #655936
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500
bankruptcy@kordeassoc.com

10-003249 / BK02