**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>SUNDAI, Boniswa K.<br>SSN: xxx-xx-4094<br>                          Debtor | Chapter 13<br>Case No. 10-18396-WCH |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

       Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On September 21, 2010, the Trustee convened the §341 meeting of creditors at which the Debtor was present with counsel.

2. On September 13, 2010, the Debtor filed the Plan. The Trustee is unable to recommend the Plan for confirmation at this time.

3. The Debtor testified at the meeting of creditors that she has stopped the payroll deduction in the sum of $614.76 a month for the repayment of a personal loan. The Trustee asserts that the additional $614.76 should be devoted to holders of general unsecured creditors.

4. Also, the Debtor has overclaimed the spouse's payroll taxes on Schedule I. According to the pay advices provided to the Trustee by the Debtor, the spouse's payroll taxes total approximately $880.00 per month. Therefore, there is an additional $680.00 of disposable monthly income available for the holders of general unsecured claims.

5. The Trustee asserts that the Plan does not meet the best efforts test pursuant to 11 U.S.C. §1325 (b)(1)(B).

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated: October 7, 2010

                                        Respectfully submitted,

                                        By: /s/ Carolyn Bankowski
                                        Carolyn Bankowski, BBO#631056
                                        Patricia A. Remer, BBO#639594
                                        Standing Chapter 13 Trustee
                                        Office of the Chapter 13 Trustee
                                        PO Box 8250
                                        Boston, MA  02114
                                        (617) 723-1313
                                        **13trustee@ch13boston.com**

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>SUNDAI, Boniswa K.<br>SSN: xxx-xx-4094<br>Debtor | Chapter 13<br>Case No. 10-18396-WCH |

### Certificate of Service

The undersigned hereby certifies that a copy of the Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

Boniswa Sundai
31C Jay Street
Cambridge, MA 02139

Terrence Parker, Esq.
185 Alewife Brook Parkway
Cambridge, MA 02138

Date:  October 7, 2010

/s/ Carolyn Bankowski

EM