

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>Boniswa K. Sundai | Case Number 10-18396-WCH<br>Chapter 13 |
|---|---|

**NOTICE OF WITHDRAWAL OF OBJECTION OF BANK OF AMERICA, N.A. TO DEBTOR'S CHAPTER 13 PLAN**

    Now Comes Bank of America, N.A. and withdraws its Objection to the Debtor's Chapter 13 Plan filed on September 29, 2010 (Docket No. 21).

Dated: November 26, 2010

                                      Respectfully submitted,
                                      Bank of America, N.A.
                                      by its attorney,

                                      /s/ Julie A. Ranieri
                                      Julie A. Ranieri, Esquire
                                      BBO# 655936
                                      Korde & Associates, P.C.
                                      321 Billerica Road, Suite 210
                                      Chelmsford, MA 01824-4100
                                      Tel: (978) 256-1500

*(left margin, rotated)* 11/29/2010 A withdrawal of the objection to confirmation (#21) having been filed the hearing assignment of Dec. 2, 2010 is hereby vacated.

10-003249 / BK02

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>Boniswa K. Sundai | Case Number 10-18396-WCH<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Julie A. Ranieri, Attorney for **Bank of America, N.A.** hereby certify that on November 26, 2010 I electronically filed the foregoing *Notice of Withdrawal* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, U.S. Trustee
Carolyn Bankowski
Terrence L. Parker

      I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Boniswa K. Sundai
2816 Rusk Street
Houston, TX 77003

Boniswa K. Sundai
31C Jay Street
Cambridge, MA 02139

Bomani J. Sundai

Tax Collector:
Harris County, TX
10851 Scarsdale Blvd.
Houston, TX 77003

Dyck O'Neal, Inc.
15301 Spectrum Drive
Addison, TX 75001

      /s/ Julie A. Ranieri
Julie A. Ranieri
BBO# 655936
Korde & Associates, P.C.
321 Billerica Road
Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500

10-003249 / BK02